Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00154-CR

THE STATE OF TEXAS, Appellant

V.

TERRANCE GERMAINE WILKINS, Appellee

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F10-62224-X

## ORDER

The Court **GRANTS** appellee's September 13, 2012 motion for extension of time to file his appellee and cross-appellant's brief. Appellee and cross-appellant's brief received by the Clerk on September 14, 2012 is **DEEMED** timely filed on the date of this order.

LANA MYERS
JUSTICE